# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>CHARLES STREET AFRICAN METHODIST EPISCOPAL CHURCH OF BOSTON,<br><br>Debtor | Chapter 11<br>Case No. 12-12292-FJB |

### ORDER ON
### (1) CONFIRMATION OF DEBTOR'S SEVENTH MODIFIED
### FIRST AMENDED PLAN OF REORGANIZATION,
### (2) MOTION OF ONEUNITED BANK TO DISMISS CHAPTER 11 CASE FOR CAUSE,
### AND
### <u>(3) APPOINTMENT OF AN EXAMINER</u>

For the reasons set forth in the Court's separate memorandum of decision of October 2, 2013, the Court hereby ORDERS as follows:

1. Confirmation of the Seventh Modified First Amended Plan of Reorganization of debtor Charles Street African Methodist Episcopal Church of Boston ("CSAME") [#471] is denied.

2. The Motion of OneUnited Bank ("OneUnited") to Dismiss Chapter 11 Case for Cause [#512] is denied.

3. Pursuant to 11 U.S.C. § 1104(c), the United States Trustee shall appoint an examiner (i) to monitor the present existence and continuance going forward of insurance coverage as to CSAME's six interests in real property and to file a report in the event of a discovery of a lapse in coverage and (ii) to review CSAME's Monthly Operating Reports (MORs) going forward for accuracy and to file reports only where significant errors or discrepancies appear. The examiner may review the MORs after they are generated and filed or, if both CSAME and the examiner prefer, may work with CSAME in the generation of the MORs to ensure that they are completed correctly and accurately in the first instance. The examiner's duties shall be limited to these. In no event shall the examiner's investigation extend to issues related to the Book of Discipline or other ecclesiastical issues.

Date: October 3, 2013

_____
Frank J. Bailey
United States Bankruptcy Judge