United States Bankruptcy Court
District of Massachusetts

In re:  
Charles Street African Methodist Episcop  
     Debtor

Case No. 12-12292-fjb  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0101-1      User: chy      Page 1 of 1      Date Rcvd: Oct 03, 2013  
                       Form ID: pdf012      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2013.
```
aty          +Gregory L. Demers,    Ropes & Gray LLP,    Prudential Tower,    800 Boylston Street,
               Boston, MA 02199-8037
aty          +William L. Roberts,    Ropes & Gray LLP,    Prudential Tower,    800 Boylston Street,
               Boston, MA 02199-8037
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2013                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2013 at the address(es) listed below:
```
              Ashley H. Wisneski    on behalf of Interested Party    Attorney General of Massachusetts
               ashley.wisneski@state.ma.us
              Charles A. Dale, III    on behalf of Interested Party    First Episcopal District of the African
               Methodist Episcopal Church chad.dale@klgates.com,    bobankruptcyecf@klgates.com
              D. Ross Martin    on behalf of Debtor    Charles Street African Methodist Episcopal Church of
               Boston rmartin@ropesgray.com,    william.roberts@ropesgray.com
              Eric K. Bradford    on behalf of Assistant U.S. Trustee John  Fitzgerald Eric.K.Bradford@USDOJ.gov
              Frank E. Emory, Jr.    on behalf of Interested Party    African Methodist Episcopal Church, Inc.
               femory@hunton.com
              Gayle P. Ehrlich    on behalf of Creditor    OneUnited Bank gehrlich@pierceatwood.com,
               rlucibello@pierceatwood.com,mnatola@pierceatwood.com
              Gordon M. Orloff    on behalf of Creditor    Tremont Credit Union gorloff@rackemann.com,
               ebailey@rackemann.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              John Houton    on behalf of Creditor    City of Boston Treasury Department
               John.Houton@cityofboston.gov
              Jonathan Lackow    on behalf of Debtor    Charles Street African Methodist Episcopal Church of
               Boston jonathan.lackow@ropesgray.com,    matthew.burrows@ropesgray.com;meir.weinberg@ropesgray.com
              Joseph P. Calandrelli    on behalf of Creditor    Thomas Construction Co.
               jpcalandrelli@kandslegal.com
              Lawrence M. Edelman    on behalf of Creditor    OneUnited Bank ledelman@pierceatwood.com,
               kknight@pierceatwood.com
              Liam J. Vesely    on behalf of Creditor    OneUnited Bank lvesely@pierceatwood.com,
               lhawe@pierceatwood.com
              Michael T. Marcucci    on behalf of Interested Party Ryan  Cotton mmarcucci@jonesday.com,
               kflorek@jonesday.com
              Nicholas M McGrath    on behalf of Interested Party    First Episcopal District of the African
               Methodist Episcopal Church nmcgrath@hembar.com
              Ryan Kelley    on behalf of Creditor    OneUnited Bank rkelley@pierceatwood.com,
               mpottle@pierceatwood.com
                                                                                             TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>CHARLES STREET AFRICAN METHODIST EPISCOPAL CHURCH OF BOSTON,<br><br>Debtor | Chapter 11<br>Case No. 12-12292-FJB |

ORDER ON
(1) CONFIRMATION OF DEBTOR'S SEVENTH MODIFIED
FIRST AMENDED PLAN OF REORGANIZATION,
(2) MOTION OF ONEUNITED BANK TO DISMISS CHAPTER 11 CASE FOR CAUSE,
AND
(3) APPOINTMENT OF AN EXAMINER

For the reasons set forth in the Court's separate memorandum of decision of October 2, 2013, the Court hereby ORDERS as follows:

1. Confirmation of the Seventh Modified First Amended Plan of Reorganization of debtor Charles Street African Methodist Episcopal Church of Boston ("CSAME") [#471] is denied.

2. The Motion of OneUnited Bank ("OneUnited") to Dismiss Chapter 11 Case for Cause [#512] is denied.

3. Pursuant to 11 U.S.C. § 1104(c), the United States Trustee shall appoint an examiner (i) to monitor the present existence and continuance going forward of insurance coverage as to CSAME's six interests in real property and to file a report in the event of a discovery of a lapse in coverage and (ii) to review CSAME's Monthly Operating Reports (MORs) going forward for accuracy and to file reports only where significant errors or discrepancies appear. The examiner may review the MORs after they are generated and filed or, if both CSAME and the examiner prefer, may work with CSAME in the generation of the MORs to ensure that they are completed correctly and accurately in the first instance. The examiner's duties shall be limited to these. In no event shall the examiner's investigation extend to issues related to the Book of Discipline or other ecclesiastical issues.

Date: October 3, 2013

_____
Frank J. Bailey
United States Bankruptcy Judge