UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

In re:

| | |
|---|---|
| CHARLES STREET AFRICAN METHODIST EPISCOPAL CHURCH OF BOSTON, | Chapter 11 Case No. 12-12292-FJB |

Debtor

_____

**APPLICATION FOR AND CERTIFICATE OF
APPOINTMENT OF CHAPTER 11 EXAMINER**

Pursuant to 11 U.S.C. 1104(a), Fed. R. Bank. P. 2007.1, the Acting United States Trustee ("UST"): i) moves the Court to approve David S. Williams ("Williams") to serve as examiner ("Examiner") for Charles Street African Methodist Episcopal Church of Boston  ("Debtor"); and ii) subject to Court approval, certifies Williams' appointment as Examiner.  In support, the UST says:

1.      On October 3, 2013, pursuant to an order on (1) confirmation of Debtor's seventh modified first amended plan of reorganization, (2) motion of One United Bank to dismiss Chapter 11 case for cause, and (3) appointment of an examiner, the Court ordered the appointment of an examiner (D.E. #673).

2.      Pursuant to Section 1104(d) of the Bankruptcy Code, the UST has consulted with D. Ross Martin, counsel to the Debtor, Charles A. Dale, III, counsel to the First Episcopal District of the African Methodist Episcopal Church and Lawrence M. Eldeman, counsel to One United Bank, regarding Williams' appointment as Examiner.

3.      To the best of his knowledge, the UST is not aware that Williams has any connections with the Debtor, creditors, any other parties in interest, their respective

attorneys and accountants, the UST or any persons employed in the Office of the United

States Trustee, except as set forth in the verified statement that Williams will forthwith

file with the Court.

WHEREFORE, the UST prays that the Court indicate its approval of the

appointment of David S. Williams as Examiner by executing this Application in the space

below.

Respectfully submitted,

William K. Harrington
United States Trustee

By:      /s/  Paula R. C. Bachtell
Paula R. C. Bachtell, BBO# 564155
U.S. Department of Justice
Office of the U.S. Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109-3934
TEL: (617) 788-0406
FAX: (617) 565-6368
Dated: October 9, 2013          E-MAIL:  paula.bachtell@usdoj.gov


**The Examiner is directed to: i) forthwith file a verified statement per Fed. R.
Bankr. P. 2007.1.**

**The Examiner may retain professionals, if he determines that such retention
is necessary to discharge his duties, with such retention to be subject to Court
approval per 11 U.S.C. 327.  The Examiner and any professionals retained by the
Examiner per any order of this Court shall be compensated and reimbursed for
their expenses per 11 U.S.C. 330.**

**The Examiner shall fully cooperate with any government agencies including,
but not limited to, any federal, state or local government agency that may be
investigating the Debtor, its management or its financial condition.**

**The Parties are directed to fully cooperate with the Examiner in conjunction with the performance of any of the Examiner's duties and the investigation.**

**APPROVED:**

_____
HON. Frank J. Bailey
United States Bankruptcy Judge

Dated:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re:

CHARLES STREET AFRICAN
METHODIST EPISCOPAL CHURCH
OF BOSTON,

Chapter 11
Case No. 12-12292-FJB

Debtor

## EXAMINER'S ACCEPTANCE

David S. Williams, Chief Executive Officer, Deloitte Financial Advisory Services LLP, 30 Rockefeller Plaza, New York, NY 10012, accepts the foregoing appointment as Examiner and the duties and responsibilities of Examiner as set forth in the Application.

David S. Williams
Chief Executive Officer
Deliotte Financial Advisory Services LLP
30 Rockefeller Plaza
New York, NY 10012
Tel: 212-492-2879
Fax: 212-653-2553
Email: davidswilliams@deloitte.com

Dated:

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 9, 2013, true and correct copies of the foregoing Application/Certificate were served via the U.S. Bankruptcy Court's CM/ECF filing system or U.S. Mail.

**IRS**
PO Box 9112
Attn: Special Procedures, Room 800
Boston, MA  02203

**MDOR**
PO Box 9564 (Bankr. Unit)
100 Cambridge Street
Boston, MA  02114

**MDET**
Attn: Chuck Hurst
19 Staniford Street
Boston, MA  02114

**Joseph P. Calandrelli**
Kenney & Sams, PC
134 Turnpike Road
Suite 300
Southborough, MA 01772
508-490-8500
jpcalandrelli@kandslegal.com

**William Currie**
111 Huntington Ave
Boston, MA 02199
617-239-0235
wcurrie@eapdlaw.com

**Charles A. Dale, III**
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3112
(617) 261-3175 (fax)
chad.dale@klgates.com

**Gregory L. Demers**
Ropes & Gray LLP

Prudential Tower
800 Boylston Street
Boston, MA 02199
617-951-7000

**Lawrence M. Edelman**
Pierce Atwood LLP
One New Hampshire Avenue
Suite 350
Portsmouth, NH 03801
603-433-6300
ledelman@pierceatwood.com

**Gayle P. Ehrlich**
Pierce Atwood LLP
100 Summer Street, Suite 2250
Boston, MA 02110
(617) 488-8135
gehrlich@pierceatwood.com

**Frank E. Emory, Jr.**
Hunton & Williams LLP
Bank of America Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
704-378-4708
femory@hunton.com

**Charles L. Glerum**
Edwards Wildman Palmer LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0516
cglerum@edwardswildman.com

**John Houton**
CITY OF BOSTON
ASSISTANT CORPORATON COUNSEL
CITY HALL ROOM M-5
ONE CITY HALL SQUARE
BOSTON, MA 02201
John.Houton@cityofboston.gov

**Ryan Kelley**
Pierce Atwood LLP
Merrill's Wharf

254 Commercial Street
Portland, ME 04101
207-791-1336
rkelley@pierceatwood.com

**Jonathan Lackow**
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
617-951-7852
jonathan.lackow@ropesgray.com

**Michael T. Marcucci**
Jones Day
100 High Street
Boston, MA 02110
617-449-6887
617-449-6999 (fax)
mmarcucci@jonesday.com

**D. Ross Martin**
Ropes and Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000
(617) 951-7050 (fax)
rmartin@ropesgray.com

**Nicholas M McGrath**
Hemenway & Barnes, LLP
60 State Street
Boston, MA 02109
(617) 557-9735
nmcgrath@hembar.com

**Gordon M. Orloff**
Rackemann, Sawyer & Brewster
160 Federal Street
Boston, MA 02110
(617) 542-2300
gorloff@rackemann.com

**William L. Roberts**
Ropes & Gray LLP

Prudential Tower
800 Boylston Street
Boston, MA 02199
617-951-7000

**Liam J. Vesely**
Pierce Atwood LLP
100 Summer Street
Suite 2250
Boston, MA 02110
617-488-8100
617-824-2020 (fax)
lvesely@pierceatwood.com

**Ashley H. Wisneski**
Office of the Attorney General
1 Ashburton Place, 18th Floor
Boston, MA 02108
617-963-2079
ashley.wisneski@state.ma.us

/s/ Paula R. C. Bachtell
Paula R. C. Bachtell